# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2011

140147

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 140147
                                       COA: 274148
                                       St. Clair CC: 03-000881-FH

JAMES EUGENE GRISSOM,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 29, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether, and under what circumstances, newly discovered impeachment evidence can be grounds for a new trial, see generally *People v Barbara*, 400 Mich 352, 363 (1977); and (2) if impeachment evidence can be grounds for a new trial, whether the defendant would have had a "reasonably likely chance of acquittal." MCR 6.508(D)(3)(b)(*i*).

      We further ORDER the St. Clair Circuit Court to appoint the State Appellate Defender Office to represent the defendant in this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2011

                                     Clerk

s0118